IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01886–MSK–KMT

SUSAN K. CARSKADON,

      Plaintiff,

v.

DIVA INTERNATIONAL, INC.,
FRANCINE CHAMBERS, in all capacities, and
CARINNE CHAMBERS, in all capacities,

      Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendants' Response (Doc. No. 27) indicating that Defendants consent to Plaintiff's proposed amendments, Plaintiffs' "Motion to File Second Amended Complaint and Jury Demand (Doc. No. 23, filed Jan. 3, 2013) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's Second Amended Complaint and Jury Demand (Doc No. 23-2).

Dated: January 15, 2013